WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio P. Puig, *et al.*,<br>　　　　Plaintiffs,<br>v.<br>United States of America,<br>　　　　Defendant. | CV 04-089  TUC DCB<br><br>**ORDER** |
| Sergio P. Puig, *et al.*,<br>　　　　Plaintiffs,<br>v.<br>Jose Rios, *et al.*,<br>　　　　Defendants. | CV 05-530  TUC RCC |

　　　　Upon Motion of the Plaintiffs to Consolidate Cause No. CV 04-089 TUC-DCB with Cause No. CV 05-530 TUC-RCC, and requesting Remand of a Portion of Cause No. CV 05-530-TUC-RCC to Pima County Superior Court, and good cause appearing, it is hereby

　　　　**ORDERED**, that Cause No. CV 04-089 TUC-DCB be consolidated with Cause No. CV 05-530-TUC-RCC, and that the actions be consolidated under a single Cause No. CV 04-089 TUC-DCB, and it is further

　　　　**ORDERED**, that claims against EL RIO OB/GYN ASSOCIATES, L.L.C., an Arizona Corporation; ELIZABETH A. WACK and JOHN DOE WACK, wife and husband; TODD L. LOCHER, MD., and JANE DOE LOCHER, husband and wife; CATALINA

1  CHEST CLINIC P.C., an Arizona corporation; JANET PATRICIA WARNER and JOHN
2  DOE WARNER, wife and husband be remanded to Pima County Superior Court.
3       DATED this 14th day of October, 2005.

                                            David C. Bury
                                            United States District Judge